In The
United States
District Court
of
"Delaware"

J & J Mobile Home Park

Civil Act. No. _____ _____

－ 0 8 － 9 0 ＿ ＿

v.

"Federal Question(s)"
28 U.S.C. Section 1331.
Section 1446. Section 1343.

Theresa Thomas

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

"Notice of Removal;"

I, the above captioned defendant, {cannot} be compelled to,. Have a
trial in a 01st State Court that has a long track - record of,. Very
Questionable, favor(s) - like / favoritism - like accumalative, wrongful but
clandestine, but vitreous Questionable swaying(s) toward(s), the superficial
despot out - law - like plaintiff, J & J 's owner Ms. Judith Skinner,. Who
has been repeatedly,. Written up with unbelievable wrongful almost
heinous ungodly filth / septic violation(s) etc. Written up (via) DNREC of
DELAWARE Long - Long documented tract Record,.


The fact of this matter "Gravamen" is; incumbent superficial "Racist"
plaintiff,. Has , or has had,. Accumalative, members of the State of
Delaware Employee(s) ; Quote / UnQuote ; In her pocket fact,. As
she'll tell you,. If she thinks you are unethical like her. A lady from the
Clean Water / Quality of Water a State of Delaware {Entity} was given
$100.00 in front of at least one eye witness,. To simply turn her head
to the very multiple violation(s) of the J & J Trailer Park,.

In The
United States
District Court
of
"Delaware"

J & J Mobile Home Park           Civil Act. No. _____


v.                                    "Federal Question(s)"
                                28 U.S.C. Section 1331.
                          Section 1446. Section 1343.

Theresa Thomas


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


"Notice of Removal"

Here - under;

{01}. 28 U.S.C.A. Section 1446.

{02}. 28 U.S.C.A. Section 1343.


I, will not be treated in the 01st  State's,  de facto court EQUALLY,.  In
violation of my Inalienable Civil Right'(s), as well as the Honorable; "Bill
of "Right'(s); "Priviledge


{03}. 28 U.S.C.A.  Section 1443(1).

{04}. 28 U.S.C.A.  Section 1331.

{05}. 42 U.S.C.A.  Section 1985(3). Any, continued delay(s), will bring on
a Manifest  -
"INJUSTICE,. In which, I would be trully  "Prejudiced, in which wolud  /
will be patently
"Violative, and of "Express, "Constitutional - "Prohibition(s),. As a matter,
of "law,.

Theresa Thomas

In The
United States
District of
"DELAWARE"

Civil Act. No. _____

J & J Mobile Home Park

"Federal Question(s)"
28 U.S.C. Section 1331.
Section 1446. Section 1343.

v.

Theresa Thomas

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now here come(s) United States Citizen; Theresa Thomas the above
captioned, involuntary wrongfully to be further, illegally exploited defendant,.
I am constitutionally amicably, demanding; that {my} U.S. Const. 14th
Amendment Inalienable, by virtue mandated not "out - dated" priviledge to
a fair just civil - trial,. Be Constitutionally Reinstated,. As a Matter of
law,. I do reserve the Inalienable priviledge to legally summon,. Our
Honorable U.S. Const. Art. III Section 2. Federal Court System,.

To easily avoid, any totally illicit / unconstitutional; adverse non - impartial,
arbitrary & capricious de facto, possibly (still - continuing) bought - off;
inferior, State of Delaware Justice of the Peace / Civil - Court No. 16
Notorious tribunal of questionable buddy - buddy judgeship(s),. Yes buddie
(s) to Ms. Judy Skinner my incumbent (Racist ) Adversary landlord,.

"Factual Allegation(s)";

Please, See U.S. 3rd Circuit of Federal Appeal(s), Case Civil Docket No.
07 - 1057,. J & J v. Bell in which, was also initially documented to have
been, legally "Removed" from the de facto Racist inferior Justice of the
Peace Civil - Court No. 16 of Dover, Del. Fact,. To avoid "Racial -

Injustice",.  As  a  Matter of  Law,.

x _Theresa Thomas_

Theresa  Thomas



LII / Legal Information Institute

# U.S. Code collection

**TITLE 28 > PART IV > CHAPTER 89 > § 1443**

## § 1443. Civil rights cases

Prev | Next

*How Current is This?*

Any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the district court of the United States for the district and division embracing the place wherein it is pending:

(1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof;

(2) For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law.

*Search
this title:*

Notes
Updates
Parallel
regulations
(CFR)
Your
comments

Prev | Next

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*

08 - 90

## IN THE JUSTICE OF THE PEACE COURT OF
## THE STATE OF DELAWARE, IN AND FOR KENT COUNTY
## COURT NO. 16

**COURT ADDRESS:**
**480 BANK LN**
**DOVER DE 19904**

**CIVIL ACTION NO:   JP16-07-003190**

### J AND J MOBILE HOME PARK VS THERESA THOMAS

**SYSTEM ID: @626269**
**THERESA THOMAS**
**46 SKINNER LANE**
**FELTON DE 19943**

### SUMMONS
### (FOR SUMMARY POSSESSION IN LANDLORD/TENANT ACTIONS)

WE COMMAND YOU to summon THERESA THOMAS to appear at the Justice of the Peace Court named above FEBRUARY 13, 2008 at 08:30 AM to present evidence and give testimony regarding the claims stated in the attached Complaint.

IT IS SO ORDERED this 28th day of December, 2007.

_____Rebecca.davies_____ (SEAL)
Justice of the Peace/Court Official

**TO THE DEFENDANT(S):**

**Failure to appear at the time and place specified may result in a default judgment against you and prevent you from later raising a related claim or defense in another case. If you are a Defendant in a Landlord/Tenant case involving possession, you have the right to a trial by jury. To exercise this right you must notify the court named above in writing within ten (10) days after receiving this summons.**

**CONSTABLE NOTES:**_____
**SERVED ON:**_____(Date & Time)
**CONSTABLE:**_____

**Persons with disabilities should contact the Court 10 days prior to trial, if possible, to request reasonable accommodations. TDD telephone numbers of JP Courts for the hearing impaired can be obtained from the blue pages of your phone book (listed as "TT" under each court).**

# IN THE JUSTICE OF THE PEACE COURT OF
# THE STATE OF DELAWARE, IN AND FOR KENT COUNTY
# · COURT NO. 16

**COURT ADDRESS:**                    CIVIL ACTION NO:    JP16-07-003190
**480 BANK LN**
**DOVER DE 19904**

### J AND J MOBILE HOME PARK, PLAINTIFF

------- VS -------

### THERESA THOMAS, DEFENDANT

**Plaintiff Parties:**                    **Defendant Parties:**
PLAINTIFF                                 DEFENDANT
SYSTEM ID: @3182                          SYSTEM ID: @626269
J AND J MOBILE HOME PARK                  THERESA THOMAS
16746 SHAWNEE PLACE                       ·46 SKINNER LANE
MILFORD, DE 19963                         FELTON, DE 19943

**Other Case Parties:**
AGENT
SYSTEM ID: FA1825
JUDITH E SKINNER
16746 SHAWNEE PLACE
MILFORD, DE 19963

# IN THE JUSTICE OF THE PEACE COURT OF
## THE STATE OF DELAWARE, IN AND FOR _____Kent_____ COUNTY
### COURT NO. _16_

**COURT ADDRESS**

_480 BANK LANE_

_DOVER, De 19904_

**CIVIL ACTION NO.** _____

**PLAINTIFF(S)**    VS.    **DEFENDANT(S)**

1) Name _J And J Mobile Home Park_    1) Name _TheResa Thomas_

Address _16746 SHAwnee Place_    Address _46 SKinnee LAne_

_Milford, De 19963_    _Felton, De 19943_

Phone _302-434-6802_    Phone _393-1705_ _(302)_

2) Name _____    2) Name _____

Address _____    Address _____

_____    _____

_____    _____

Phone _____    Phone _____

**Plaintiff's Attorney, if any:**    **Defendant's Attorney, if any:**

_____    _____

**Check One** ☐ Individual ☒ Corporation or other    **Check One** ☒ Individual ☐ Corporation or other
Artificial entity (see Supreme Court Rule 57)    Artificial entity (see Supreme Court Rule 57)

**Type of Service:**    Court Service ☒    Rental Unit Address: _J & J MHP. Inc_
**(Check One)**    Special Process Server ☐    _46 SKinnee LAne_
    _Felton, De 19943_

**Type of Action:**    Debt ☐    Trespass ☐    Replevin ☐    Summary Possession ☒
    (Landlord/Tenant)

Deficiency Judgment 6 Del. C. § 9-601 ☐

## COMPLAINT

1. Concise Statement of Facts: (Who, What, When, Where, How?) _MoRe thAn 5 days Ago the Defendant WAS notified by CeRtificate of MAiling that heR bill WAS over due & She needed to pAy it oR Legal Action would Result. She did not pAy. As of todAy she owes $5,657.ºº. Her LAst pAyment wAs $500.ºº on 9/14/07. She owes MAy-Dec Rent of 575.ºº=5015; MAy-Dec tRash at 21.ºº peR month=168.-; MAy-Dec WasheR & 35. peR mou=280.-; peR month MAy-Dec LAte fees at 23ª=184.-; ChaRge $10- AtM fee + mailing of 10/25/07 5 dAy Lettee, Jan August_

IN TRESPASS ACTIONS: The injury caused by the trespass must be described by Plaintiff in the statement of facts: _the 5 dAy_

_3 Copies of the 5 dAy Lettee are enclosed    As Well AS CK #1335 340ª_

2. Relief Sought:

$ _5,657.ºº_    Amount of money claimed. (Not including interest)

$ _____    Pre Judgment Interest at or _____ % legal rate _____ % contractual rate

$ _X Yes_    Post Judgment Interest at the legal rate _Legal_ OR contractual rate of _____ %

$ _40.ºº_    Court Costs.

$ _____    Other

☒    Possession    Jury Trial Demanded (Possession Only): ☐ Yes ☒ No

☐    Return of personal property    or    $ _____ Total value (Attach list of property stating description, number and value of items on 8 1/2" x 11" paper

## TO: THE COURT OF THE JUSTICES OF THE PEACE

Please docket the about-captioned case and issue a Summons for the above-named Defendant(s) to appear before you so there may be a trial on this case and judgment for the Plaintiff(s), together with interest and costs of this proceeding; or, for an Attachment in Lieu of Summons, please issue same and direct the Constable to execute the proper process. I acknowledge, that unless a jury trial is demanded for summary possession (Landlord Tenant cases), I waive trial by jury of the claims in this complaint.

_12-27/07_    _12/27/07_    _J & J Mobile Home Parks Inc./Judy Skinner_
**Date**    _J & J MHP &_    **Plaintiff or Plaintiff's Attorney**

J.P. Civ. Form No. 1 (Rev. 2/6/04)    Doc. No. 02-13-95-05-01

# J and J Mobile Home Park, Inc.

Judy Skinner, President/Owner
686 No. DuPont Hwy., PMB 155
Milford, DE   19963
302-424-6802

November 28, 2007

Teresa Thomas
46 Skinner Lane
Felton, DE   19943

Dear Teresa;

The $2,500 which is expected shortly is only half of the total you owe. You need to sit down with me to determine a payment plan.

A review of the records discloses that rent for the above residence home/lot or other charges listed below is/are currently past due as follows:

| | | |
|---|---|---|
| rent | (May-Nov @ $575/mo; | |
| | Apr bal. @ $415) | $4,440.00 |
| trash | (May-Nov @ $21/mo.) | 147.00 |
| washer | (May-Nov @ $35/mo.) | 245.00 |
| late fee | (May-Nov @ $23/mo.) | 161.00 |
| 5-day letter fee | (Nov @ $10/mo.) | 10.00 |

*administrative fees include such costs as record review, documenting for mailing, transportation to Post Office (including auto/gas), certified mail or certificate of mailing.

**The total amount now due is $ 5,003.00.** You may consider this letter as J and J Mobile Home Park, Inc.'s formal demand for payment of the total amount now due, as given above, to be received at the office at the address above or mailed to P.O. Box 276, Harrington, DE  19952, within (5) five days of receipt of this notice, with exclusion as provided by law, a copy of which was provided to you at the time of lease signing.

THIS NOTICE FOR NON-PAYMENT IS THE **5th** SUCH NOTICE THAT YOU HAVE RECEIVED. If we have noted (3rd) or greater notice above, you are HEREBY NOTIFIED that any subsequent incident of non-payment may result in either the IMMEDIATE TERMINATION OF THE RENTAL AGREEMENT OR NON RENEWAL OF THE RENTAL AGREEMENT.

In the event you fail to comply with the above requirement, your lease will be terminated at the effective date as determined above and action to compel removal of all occupants and their possessions, within the above captioned residence will be initiated in the appropriate jurisdiction without additional notice.

If any questions arise regarding this letter, you should contact undersigned upon receipt.

This letter is being mailed as a Certificate of Mailing, U.S. 1st Class – Prepaid.

Yours truly,

Judith E. Skinner, President/Owner

JS 44 (Rev. 12/07)  **CIVIL COVER SHEET**  – 0 8 – 9 0

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS J. J. Mobile PARK C/O Judy Skinner Kent | DEFENDANTS Theresa Thomas 46 Skinner Lane, Felton, Del. 19943 Kent |
|---|---|
| (b) County of Residence of First Listed Plaintiff (EXCEPT IN U.S. PLAINTIFF CASES) olt shiny Lane milford, Del. 19963 | County of Residence of First Listed Defendant (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
| (c) Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) PRO SE 302-465-0865 |

| II. BASIS OF JURISDICTION (Place an "X" in One Box Only) | | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff | | |
|---|---|---|---|---|

(For Diversity Cases Only) and One Box for Defendant)

| | | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☑ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| | | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 151 Medicare Act ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholders' Suits ☐ 190 Other Contract ☐ 195 Contract Product Liability ☐ 196 Franchise | **PERSONAL INJURY** ☐ 310 Airplane ☐ 315 Airplane Product Liability ☐ 320 Assault, Libel & Slander ☐ 330 Federal Employers' Liability ☐ 340 Marine ☐ 345 Marine Product Liability ☐ 350 Motor Vehicle ☐ 355 Motor Vehicle Product Liability ☐ 360 Other Personal Injury | **PERSONAL INJURY** ☐ 362 Personal Injury - Med. Malpractice ☐ 365 Personal Injury - Product Liability ☐ 368 Asbestos Personal Injury Product Liability **PERSONAL PROPERTY** ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability | ☐ 610 Agriculture ☐ 620 Other Food & Drug ☐ 625 Drug Related Seizure of Property 21 USC 881 ☐ 630 Liquor Laws ☐ 640 R.R. & Truck ☐ 650 Airline Regs. ☐ 660 Occupational Safety/Health ☐ 690 Other **LABOR** ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt.Reporting & Disclosure Act ☐ 740 Railway Labor Act | ☐ 422 Appeal 28 USC 158 ☐ 423 Withdrawal 28 USC 157 **PROPERTY RIGHTS** ☐ 820 Copyrights ☐ 830 Patent ☐ 840 Trademark **SOCIAL SECURITY** ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) **FEDERAL TAX SUITS** | ☐ 400 State Reapportionment ☐ 410 Antitrust ☐ 430 Banks and Banking ☐ 450 Commerce ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations ☐ 480 Consumer Credit ☐ 490 Cable/Sat TV ☐ 810 Selective Service ☐ 850 Securities/Commodities/ Exchange ☐ 875 Customer Challenge 12 USC 3410 ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** ☐ 210 Land Condemnation ☐ 220 Foreclosure ☐ 230 Rent Lease & Ejectment ☐ 240 Torts to Land ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | **CIVIL RIGHTS** ☐ 441 Voting ☐ 442 Employment ☒ 443 Housing/ Accommodations ☐ 444 Welfare ☐ 445 Amer. w/Disabilities - Employment ☐ 446 Amer. w/Disabilities - Other ☒ 440 Other Civil Rights | **PRISONER PETITIONS** ☐ 510 Motions to Vacate Sentence **Habeas Corpus:** ☐ 530 General ☐ 535 Death Penalty ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act **IMMIGRATION** ☐ 462 Naturalization Application ☐ 463 Habeas Corpus - Alien Detainee ☐ 465 Other Immigration Actions | ☐ 870 Taxes (U.S. Plaintiff or Defendant) ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act ☐ 895 Freedom of Information Act ☐ 900Appeal of Fee Determination Under Equal Access to Justice ☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** (Place an "X" in One Box Only)

| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |
|---|---|---|---|---|---|---|

| **VI. CAUSE OF ACTION** | Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 U.S.C. § 1443, § 1343, § 1446. Federal Questions. Brief description of cause: Removal - Action. 28 U.S.C. § 1331. |
|---|---|

| **VII. REQUESTED IN COMPLAINT:** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☑ No |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | Justice of the Peace Civil Court # 16    Dover, Del. (See instructions): 02-12-08    JUDGE Pro SE    DOCKET NUMBER JP16-07-003190 |
|---|---|

DATE 02-12-08

SIGNATURE OF ATTORNEY OF RECORD  X Lanet Thomas

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE