IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J&J MOBILE HOME PARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-90-JJF |
| | ) |
| THERESA THOMAS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 25 day of February, 2008, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915, filed by Defendant Theresa Thomas;

IT IS ORDERED that the application is GRANTED.

United States District Judge