IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J & J MOBILE HOME PARK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 08-90-JJF |
| | : | |
| THERESA THOMAS, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

NOW THEREFORE, at Wilmington this 16 day of April, 2008, IT IS HEREBY ORDERED that:

The case is **SUMMARILY REMANDED** to The Justice Of The Peace Court Of The State Of Delaware, In And For Kent County.

_____
UNITED STATES DISTRICT JUDGE